UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60029-CR-SCOLA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESSE HARRELL,

Defendant.
_______________________________/

**DEFENDANT JESSE HARRELL'S**
**MOTION FOR RETURN OF PASSPORT**

Defendant, Jesse Harrell ("Harrell"), by and through his undersigned counsel, moves for the entry of an Order directing the Pretrial Services Office to return his United States passport to his undersigned counsel and states as follows:

1. On February 8, 2013, the Court required Harrell to surrender his United States passport to the Pretrial Services Office as a special condition of his personal surety bond [DE 26, 47]. On August 2, 2013, Harrell pled guilty to Counts 1 and 32 of the indictment [DE 203]. On May 9, 2014, the Court sentenced Harrell to a term of imprisonment of fifteen (15) months and three (3) years supervised release [DE 533, 543].

2. Harrell was released from the Bureau of Prisons on or about June 8, 2015. Since his release, Harrell has complied with all conditions of his supervised release without incident and most respectfully requests the release of his passport.

WHEREFORE, Harrell respectfully requests the entry of an Order directing the Pretrial Services Office to release his United States passport to his undersigned counsel.

Respectfully submitted,

s/Troy D. Ferguson
Troy D. Ferguson, Esq.
Florida Bar Number 826944
Law Offices of Troy D. Ferguson, P.A.
12651 South Dixie Highway, Suite 310
Miami, Florida 33156
Telephone (305) 858-0888
Facsimile (305) 858-7107
Email: tdffergusonlaw@bellsouth.net

**CERTIFICATE OF SERVICE**

I CERTIFY that on March 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Troy D. Ferguson
Troy D. Ferguson, Esq.